(Reported below: 71 Fed. Appx. 384);
(72 Fed. Appx. 957);
(71 Fed. Appx. 437);
(72 Fed. Appx. 971);
(72 Fed. Appx. 962);
(74 Fed. Appx. 357);
(73 Fed. Appx. 75);
(71 Fed. Appx. 397);
(72 Fed. Appx. 955);
(72 Fed. Appx. 961);
(72 Fed. Appx. 960);
(72 Fed. Appx. 954);
(73 Fed. Appx. 686);
(71 Fed. Appx. 412);
(72 Fed. Appx. 199);
(71 Fed. Appx. 411);
(72 Fed. Appx. 231);
(71 Fed. Appx. 410);
(73 Fed. Appx. 688);
(73 Fed. Appx. 697);
(73 Fed. Appx. 693);
(71 Fed. Appx. 403);
(72 Fed. Appx. 989);
(72 Fed. Appx. 210);
(73 Fed. Appx. 687);
(72 Fed. Appx. 218);
(72 Fed. Appx. 217);
(72 Fed. Appx. 216). C. A. 5th Cir. Certio-rari denied.